**E-FILED on 9/23/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO, | No. C 10-4834 RMW (PR) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO EXTEND TIME TO FILE INITIAL RESPONSIVE PLEADING AND TO FILE A DISPOSITIVE MOTION |
| v. | |
| ANN ALTON, | |
| Defendant. | (Docket No. 11) |

 Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Before the court is defendant's Ex Parte Application to Extend Time to File Initial Responsive Pleading and to File a Dispositive Motion.

 On April 13, 2011, defendant filed an ex parte application asking the court to grant an extension to file her initial responsive pleading, and her dispositive motion.

 The court GRANTS defendant's motion, and deems her responsive pleading timely filed. Plaintiff's opposition to the motion to dismiss is due **thirty (30) days** from the date of this order. Defendants shall file a reply brief **fifteen (15) days** thereafter.

 This order terminates docket no. 11.

 IT IS SO ORDERED.

Dated: 9/23/11

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Defendant's Ex Parte Application to Extend Time to File Initial Responsive Pleading and to File a Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.10\Tufono334EOT-dm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L TUFONO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANN ALTON et al,<br><br>　　　　Defendant._____/ | Case Number: CV10-04834 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arvello L. Tufono
2201 Sycamore Way
Apt #18
Antioch, CA 94509

Dated: September 23, 2011

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk