**E-FILED on 3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,<br><br>   Plaintiff,<br><br>  v.<br><br>ANN ALTON,<br><br>   Defendant. | No. C 10-4834 RMW (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a state prisoner proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. On May 4, 2011, defendant filed a motion to dismiss. On September 23, 2011, the court granted defendant's motion to file a late dispositive motion and deemed her motion timely. On October 4, 2011, a copy of that order sent to plaintiff was returned to the court as undeliverable because the addressee had moved and the mail was unable to be forwarded. As of the date of this order, plaintiff has not updated his address with the court or submitted any further communications with the court in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable,

Order of Dismissal
P:\pro-se\sj.rmw\cr.10\Tufono834dis311

1 and (2) the court fails to receive within sixty days of this return a written communication from the
2 pro se party indicating a current address. See Civil L.R. 3-11(b). More than sixty days have passed
3 since the mail sent to plaintiff by the court was returned as undeliverable. The court has not
4 received any notice from plaintiff updating his address. Accordingly, the instant complaint is
5 DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.
6      The clerk of the court shall terminate all pending motions and close the file.
7      IT IS SO ORDERED.
8 Dated:

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.11\Knight970dis311        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARVELLO L TUFONO,

        Plaintiff,

  v.

ANN ALTON et al,

        Defendant.

Case Number: CV10-04834 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arvello L. Tufono  
2201 Sycamore Way  
Apt #18  
Antioch, CA 94509

Dated: March 6, 2012

                                      Richard W. Wieking, Clerk  
                                      By: Jackie Lynn Garcia, Deputy Clerk