**E-FILED on 3/6/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO, | No. C 10-4834 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| ANN ALTON, | |
| Defendant. | |

The court has dismissed the instant action without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: 3/6/12

RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.10\Tufono834jud

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARVELLO L TUFONO,

        Plaintiff,

  v.

ANN ALTON et al,

        Defendant.

Case Number: CV10-04834 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arvello L. Tufono
2201 Sycamore Way
Apt #18
Antioch, CA 94509

Dated: March 6, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk